IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ZALTON EDGAR BROOKS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | 5:04-CV-116(CAR) |
| | : | |
| **THALRONE WILLIAMS, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

## *ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc 37] that Defendants' Motion for Summary Judgment [Doc 25] be granted. Plaintiff filed no Objection to the Recommendation. The Court, having considered the matter, agrees with the Recommendation. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 15th day of December, 2005.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

SSH/aeg